Ilana REINHARDT, Plaintiff–
Appellant,

v.

The State of OKLAHOMA, ex rel., The
DISTRICT ATTORNEYS COUNCIL,
government of Oklahoma (administra-
tive) agency; Suzanne McClain At-
wood, individually and in her official
capacity; Office of District Attorney
for District No. 18, government of
Oklahoma agency; Farley Ward, indi-
vidually and in his official capacity;
Tanya Green, individually and in her
official capacity; J. Doe, individually
and in his or her official capacity,
Defendants–Appellees.

No. 15–7008.

United States Court of Appeals,
Tenth Circuit.

Aug. 17, 2015.

Ilana Reinhardt, Gowen, OK, pro se.

Charles Andrew Dickson, III, Office of
the Attorney General for the State of
Oklahoma, Oklahoma City, OK, for Defen-
dant–Appellee.

Before, HARTZ, TYMKOVICH, and
BALDOCK, Circuit Judges.

ORDER AND JUDGMENT *

HARRIS L. HARTZ, Circuit Judge.

Plaintiff Ilana Reinhardt appeals the
dismissal of her second amended complaint
for failure to state a claim and the district
court's denial of her motion for leave to

amend the complaint. We are not per-
suaded.

It is impossible to tell from the second
amended complaint what misconduct was
committed by what defendant. As fully
explained in the opinion by the district
court, even giving the complaint a gener-
ously liberal construction it wholly fails to
comply with the requirements of *Ashcroft
v. Iqbal,* 556 U.S. 662, 677–79, 129 S.Ct.
1937, 173 L.Ed.2d 868 (2009), or this cir-
cuit's pre-*Iqbal* standards, *see Robbins v.
Oklahoma,* 519 F.3d 1242, 1250 (10th Cir.
2008). And the district court did not
abuse its discretion in denying Plaintiff an
opportunity to file yet another amended
complaint when the motion seeking per-
mission to do so failed to explain how the
defects in the second amended complaint
would be cured.

We AFFIRM the judgment below.

* After examining the briefs and appellate rec-
ord, this panel has determined unanimously
that oral argument would not materially assist
in the determination of this appeal. *See* Fed.
R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). This
case is therefore ordered submitted without
oral argument. This order and judgment is
not binding precedent, except under the doc-
trines of law of the case, res judicata, and
collateral estoppel. It may be cited, however,
for its persuasive value consistent with Fed.
R.App. P. 32.1 and 10th Cir. R. 32.1.